## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BLAKE HIRSTIUS AND CATHERINE HIRSTIUS** | : | CIVIL ACTION NO. _____ |
| | : | |
| VS. | : | JUDGE _____ |
| **HARCO NATIONAL INSURANCE COMPANY O/B/O OCCIDENTAL FIRE & CASUALTY** | : | MAGISTRATE JUDGE_____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Plaintiffs, Blake Hirstius and Catherine Hirstius , through their undersigned attorneys, allege as follows:

### NATURE OF ACTION

1.

This is an action by Blake Hirstius and Catherine Hirstius  for damages against their homeowner's insurance company, Harco National Insurance Company o/b/o Occidental Fire & Casulaty Company (hereinafter referred to as "Harco National Insurance Company"), for its failure to pay the full sums owed under its insurance policy resulting from damages to their home caused by Hurricane Ida.

### JURISDICTION AND VENUE

2.

This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a), because the matter in controversy exceeds $75,000.00 and the case is between citizens of different states. Plaintiffs, Blake Hirstius and Catherine Hirstius , are citizens of the State of Louisiana. Defendant, Harco

National Insurance Company, is a foreign insurance company domiciled in the State of North Carolina. The unpaid losses due under Defendant's insurance policy, plus penalties, attorney's fees, costs, and expenses on top of those unpaid losses owed pursuant to La. R.S. 22:1892 and La. R.S. 22:1973 exceed the sum of $75,000.00.

3.

Venue is proper in this District and Division under 28 U.S.C. §1391(b)(2), because all or a substantial part of the events or omissions giving rise to the claim occurred in this District and Division also a substantial part of the property that is the subject of this action is situated in this District and Division.

## THE PARTIES

4.

Plaintiffs, Blake Hirstius and Catherine Hirstius, are adult residents of Destrehan, Louisiana.

5.

Defendant, Harco National Insurance Company, is a foreign insurance company domiciled in the State of North Carolina and can be served with this Complaint through its agent for service of process, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

## FACTUAL ALLEGATIONS

6.

On the evening of August 29, 2021, Hurricane Ida made landfall near Port Fourchon, Louisiana, as a strong Category 4 hurricane with sustained winds of 150 miles per hour.

7.

After making landfall, Hurricane Ida traveled north and hit St. Charles Parish, Louisiana, with hurricane-force sustained winds exceeding 100 miles per hour.

8.

At the time of Hurricane Ida, and through the present, Blake Hirstius and Catherine Hirstius were and still are the owners of the home and property located at 46 Oakley Drive, Destrehan, Louisiana 70047 ("the home").

9.

As a result of Hurricane Ida, the home sustained damage.

10.

At the time these damages were sustained due to Hurricane Ida, Blake Hirstius and Catherine Hirstius had in full force and effect a policy of insurance with Harco National Insurance Company providing coverage for all of the losses sustained by Blake Hirstius and Catherine Hirstius to the home, other structures, and contents, as well as for debris removal, code upgrades, and loss of use.

11.

On or about August 31, 2021, Blake Hirstius and Catherine Hirstius reported their losses to Harco National Insurance Company and made claims for payment of those losses.

12.

On September 3, 2021, an adjuster retained and/or employed by Harco National Insurance Company inspected the home. The adjuster was provided with full access to the home and had a full opportunity to inspect the home, its contents, and other structures to fully determine plaintiffs'

losses caused by Hurricane Ida without any limitations.

13.

The payments made to date by Harco National Insurance Company to Blake Hirstius and Catherine Hirstius are inadequate to cover the costs to repair to the damages to the home and its other structures, which damages were clearly visible to the adjuster retained and/or employed by Harco National Insurance Company at the time of the adjuster's inspection. The damages to the home, its other structures, contents, and the loss of use of their home exceed the amounts estimated and paid by Harco National Insurance Company.

14.

Because of Harco National Insurance Company's failure to adequately tender payments for damages caused by Hurricane Ida, Blake Hirstius and Catherine Hirstius have not been able to substantially conduct repairs to their home and compensate them the loss of use of their home, causing them mental anguish.

## CAUSES OF ACTION AND DAMAGES

### A. THE INSURANCE POLICY

15.

Blake Hirstius and Catherine Hirstius reiterate and incorporate by reference all allegations in Paragraphs 1-14 above.

16.

The damages to the home caused by Hurricane Ida exceed the amounts estimated and paid by Harco National Insurance Company.

17.

Blake Hirstius and Catherine Hirstius are entitled to recover from Harco National Insurance Company the full cost of repairs of the home and other structures, less the payments made to date by Harco National Insurance Company, in accordance with the insurance coverages they purchased from Harco National Insurance Company.

18.

Blake Hirstius and Catherine Hirstius are also entitled to recover for unpaid and/or underpaid contents, additional living expenses, and debris removal in accordance with the insurance coverages they purchased from Harco National Insurance Company.

19.

Blake Hirstius and Catherine Hirstius are entitled to recover from Harco National Insurance Company for the full losses they suffered due to Hurricane Ida under each of the insurance coverages they purchased from Harco National Insurance Company.

## B. PENALTIES AND ATTORNEY'S FEES

20.

Blake Hirstius and Catherine Hirstius reiterate and incorporate by reference all allegations in Paragraphs 1-19 above.

21.

Pursuant to Louisiana Revised Statute 22:1892, Harco National Insurance Company was required to unconditionally tender payment to Blake Hirstius and Catherine Hirstius for the losses not reasonably subject to dispute caused by Hurricane Ida within 30 days of Harco National Insurance Company's receipt of satisfactory proof of loss when its adjusters inspected the home. Harco National Insurance Company failed to do so.

22.

La. R.S. 22:1892 further required Harco National Insurance Company to re-evaluate plaintiffs' claims and to tender additional unconditional payments to them each time Harco National Insurance Company received additional information concerning the losses sustained by them due to Hurricane Ida. Harco National Insurance Company failed to do so.

23.

Pursuant to La. R.S. 22:1892, Harco National Insurance Company is liable to Blake Hirstius and Catherine Hirstius for a penalty of 50%, in addition to the amount of the loss, on the amount due from Harco National Insurance Company, as well as reasonable attorney's fees and costs, for Harco National Insurance Company's failure to unconditionally tender the amounts owed to them within 30 days after receipt of satisfactory proof of loss and because that failure was arbitrary, capricious or without probable cause.

24.

Pursuant to La. R.S. 22:1973A, Harco National Insurance Company is additionally liable to Blake Hirstius and Catherine Hirstius for actual damages, including but not limited to mental anguish, aggravation, and inconvenience, for Harco National Insurance Company's misrepresentations of pertinent facts concerning the amounts owed, its coverages, and its insurance policy provisions, as well as for failing to unconditionally tender the amounts owed to them within 60 days after receipt of satisfactory proof of loss and because that failure was arbitrary, capricious or without probable cause.

25.

Pursuant to La. R.S. 22:1973C, in addition to actual damages for its breaches of the statute, Harco National Insurance Company is additionally liable to Blake Hirstius and Catherine Hirstius

for a penalty of the up to two times the actual damages they sustained or five thousand dollars, whichever is greater.

## REQUEST FOR RELIEF

26.

WHEREFORE, plaintiffs, Blake Hirstius and Catherine Hirstius, pray that, after due proceedings are had, that there be a judgment rendered herein in plaintiffs' favor and against defendant, Harco National Insurance Company o/b/o Occidental Fire & Casulaty Company, for the full amounts due under the terms of the coverages provided by defendant's insurance policy, for actual damages, penalties, attorney's fees, costs, and expenses, and for such other damages as would reasonably and justly compensate plaintiffs in accordance with the rules of law, plus interest to the fullest extent allowed by law, all court costs, and for any and all other general and equitable relief that may be appropriate.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

BY: *s// Jackson T. Brown*
JACKSON T. BROWN, LSBA Bar Roll #36397
HANNAH E. MAYEAUX, LSBA Bar Roll #39275
3102 Enterprise Boulevard
Lake Charles, LA 70601
Telephone:   (337) 478-1400
Facsimile:   (337) 478-1577
Email: jtbrown@townsleylawfirm.com
hannah@townsleylawfirm.com
ATTORNEYS FOR PLAINTIFFS

**PLEASE SERVE:**
**HARCO NATIONAL INSURANCE COMPANY O/B/O**
**OCCIDENTAL FIRE & CASUALTY**
**THROUGH ITS AGENT FOR SERVICE:**
**LOUISIANA SECRETARY OF STATE**
**8585 ARCHIVES AVENUE**
**BATON ROUGE, LA 70809**