UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BLAKE HIRSTIUS AND**<br>**CATHERINE HIRSTIUS**<br>*Plaintiffs,*<br><br>vs.<br><br>**HARCO NATIONAL INSURANCE**<br>**COMPANY O/B/O OCCIDENAL**<br>**FIRE & CASUALTY,**<br>*Defendant.* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | NO. 2:23-cv-00982-EEF-KWR<br><br>JUDGE:<br>ELDON E. FALLON<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITH PREJUDICE

**NOW COME**, Plaintiffs, Blake Hirstius and Catherine Hirstius, through undersigned counsel, and hereby move to dismiss any and all claims in this matter against Defendant, Occidental Fire and Casualty Company of North Carolina[1], with prejudice, on the grounds that Plaintiffs' claims have been fully resolved and compromised, each party to bear their own costs.

Respectfully submitted,

THE TOWNSLEY LAW FIRM

*/s/ Jackson Brown*

JACKSON T. BROWN (#36397)
HANNAH E. MAYEAUX (#39275)
3102 Enterprise Boulevard
Lake Charles, LA 70601
Telephone: (337) 478-1400
Email: jtbrown@townsleylawfirm.com
Email: hannah@townsleylawfirm.com
*Attorneys for the Plaintiffs,*
*Blake Hirstius and Catherine Hirstius*

---

[1] Incorrectly named Harco National Insurance Company o/b/o Occidental Fire & Casualty in the Complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

( )  Hand Delivery        ( )  Prepaid U.S. Mail

( )  Facsimile            ( )  Federal Express

( )  Electronic Mail      (x)  ECF

Lake Charles, Louisiana, this 9 day of May 2024.

_____
Jackson T. Brown